JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JENNIFER BERG, an individual<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CRYSTAL PRUITT, M.D., an individual; SAMIRA MONAVVARI, M.D., an individual; ANDREA CHRISTINE SALCEDO, D.O., an individual; CHRISTINE LEE, M.D., an individual; SAC SBC WOMENS' HEALTH; LOMA LINDA UNIVERSITY MEDICAL CENTER; HI-DESERT MEDICAL CENTER; DOES, 1 through 20, inclusive;<br><br>　　　　　Defendants. | Case No.: 5:21-cv-1474-FMO (KKx)<br><br>ASSIGNED TO:<br>Hon. Judge Fernando M. Olguin<br><br>ASSIGNED TO MAGISTRAGE JUDGE:<br>Hon. Kenly Kiya Kato<br>(Discovery and/or Post-Judgment Matters)<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having reviewed and considered the Stipulation of Dismissal, and finding good cause therefore, IT IS HEREBY ORDERED that:

///

///

///

///

1	1.	The Court hereby dismisses this matter without prejudice to be refiled within 30 days of this order in State Court, pursuant to *Fed. R. Civ. Proc.* 41(a)(1); and

2.	The Court hereby acknowledges that, pursuant to 28 U.S.C. Section 1367(d), the statute of limitations was tolled during the pendency of the instant Federal Court action plus an additional 30 days.

**IT IS SO ORDERED.**

DATED: March 11, 2022

/s/
_____
Hon. Fernando M. Olguin
United States District Judge